Andres Chen
4261 S Fireside Trl
Gilbert AZ 85295
Tel: (480) 993-3532

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sunlust Pictures, LLC, a California limited liability company, | Case No 2:12-cv-02151-DGC |
| Plantiff, | Answer / General Denial |
| v | |
| Andres Chen Defendant | |

1. Pursuant to Rule 8b I am denying all allegations unless specifically admitted.

2. I only admit that I am 18 years of age

Wherefore, defendant requested court to dismiss this complaint and sanction plantiff for filing a frivolous complain

Nov. 19, 2012