# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SUNLUST PICTURES, L.L.C., a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>ANDRES CHEN,<br><br>Defendant. | CASE NO.: 2:12-CV-02151-PHX-DGC<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the Plaintiff's Motion for Dismissal with Prejudice, and the Court having reviewed Plaintiff's Motion, the relevant case law, the file and being fully advised in the premises:

HEREBY ORDERS that the case is dismissed in its entirety, as to all parties, with prejudice, and that each party shall be responsible for and bear its own attorney's fees, costs and expenses.